IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:21-CR-103 |
| | : | |
| v. | : | (Judge Mariani) |
| | : | |
| JASON CHARLES LAJOIE | : | (Electronically Filed) |

## ORDER

The Court having considered Defendant's Motion for Furlough to Attend Viewing does hereby GRANT said Motion.

IT IS HEREBY ORDERED this 22nd day of October, 2021 that Defendants Motion is hereby GRANTED.

1. Defendant, Jason Charles Lajoie, is Ordered to be furloughed from the Lackawanna County Correctional Facility at 8:45 AM on Sunday, October 24, 2021 for the purpose of attending the viewing of Defendant's step-son, Christian V. Almanzar, from 2:30 PM to 3:00 PM at Keefe Funeral Home, 5 Higginson Avenue, Lincoln, Rhode Island 02865.

2. Defendant is to be picked up by Brian James Compton (DOB 4/30/1983) from the Lackawanna County Correctional Facility at 8:45 AM on October 24, 2021, and Mr. Compton will drive Defendant directly to

    Keefe Funeral Home, 5 Higginson Avenue, Lincoln, Rhode Island 02865.

3. Defendant will pay his respects to his step-son from 2:30 PM to 3:00 PM on October 24, 2021 at Keefe Funeral Home.

4. At 3:00 PM on October 24, 2021, Mr. Compton will drive Defendant directly back to the Lackawanna County Correctional Facility.

5. Defendant must return to the Lackawanna County Correctional Facility by 8:45 PM on Sunday, October 24, 2021.

                                        s/Robert D. Mariani
                                        **Robert D. Mariani**
                                        **United States District Judge**